# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  HULL, FRANK M | 2. Court or Organization  U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report  05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.CT OF APPEALS JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address  U.S. Court of Appeals  56 Forsyth Street, NW  Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian/Trustee/Custodian | Stock & Bond Accts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 27 A 10: 02 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ███████████ (architect's salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Construction Lawyers | Annual conference fees waived for Judge | $ 990.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: ▅▅▅▅ | | None | M | W | | | | | |
| 2. Real Estate: ▅▅▅ (Parcel 3: WW) | | None | L | W | | | | | |
| 3. Real Estate ▅▅▅ (Parcel 2: WW) | | None | L | W | | | | | |
| 4. Real Estate: ▅▅▅ (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. Real Estate: ▅▅▅ Property (18% interest) | | None | L | W | | | | | |
| 6. ▅▅▅ IRA ACCT (with following stocks): | | | | | | | | | |
| 7. -Adobe Sys Del | | None | J | T | | | | | |
| 8. -Allergan | A | Int./Div. | J | T | | | | | |
| 9. -American Express | A | Int./Div. | J | T | | | | | |
| 10. -AmGen Inc | D | Int./Div. | | | Sell | 2/26 | J | D | |
| 11. -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 12. -WR Berkley Corp | A | Int./Div. | J | T | | | | | |
| 13. -Becton Dickinson Co | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 14. -Caremark Rx Inc | C | Int./Div. | | | Sell | 2/26 | J | C | |
| 15. -Citigroup Inc. | A | Int./Div. | | | Sell | 2/26 | J | A | |
| 16. -Constellation Brands Inc | | None | | | Sell | 8/17 | J | | |
| 17. -CVS Caremark Corp | A | Int./Div. | J | T | Buy | 8/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -CSX Corp | C | Int./Div. | | | Sell | 8/17 | J | C | |
| 19. -Embraer Empresa Bras | | None | J | T | | | | | |
| 20. -Genentech Inc | | None | J | T | | | | | |
| 21. -Google Inc | | None | J | T | Buy | 3/1 | J | | |
| 22. -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 23. -McAfee Inc | A | Int./Div. | | | Sell | 2/26 | J | A | |
| 24. -MEMC Electr Matls | | None | K | T | | | | | |
| 25. -Microchip Technology | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 26. -Molex Inc | | | | | Buy | 3/1 | J | | |
| 27. -Molex Inc | | None | | | Sell | 8/17 | J | | |
| 28. -News Corp | A | Int./Div. | J | T | | | | | |
| 29. -Nokia Corp | A | Int./Div. | K | T | | | | | |
| 30. -SAP AKGSLTT | A | Int./Div. | | | Sell | 2/26 | J | A | |
| 31. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 32. -Starwood Htls & Resorts | A | Int./Div. | J | T | | | | | |
| 33. -Stryker Corp | A | Dividend | J | T | | | | | |
| 34. -Thermo Fisher Scientific Inc | | None | J | T | Buy | 3/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Thomas & Betts | | None | J | T | Buy | 3/1 | J | | |
| 36.  -Transocean Inc | B | Int./Div. | K | T | | | | | |
| 37.  -URS Corp | | None | J | T | Buy | 8/17 | J | | |
| 38.  -Webex Communications | | | | | Buy | 3/1 | J | | |
| 39.  -Webex Communications | A | Int./Div. | | | Exchange | 6/28 | J | A | |
| 40.  -Wellpoint Inc | | None | J | T | Buy | 3/1 | J | | |
| 41.  -Zimmer Holdings | | None | J | T | | | | | |
| 42.  -US Treasury Note | | None | | | Redeem | 8/15 | K | | |
| 43.  ▮▮▮▮▮▮ ACCT #2 (with following stocks): | | | | | | | | | |
| 44.  -Adobe Sys | | None | L | T | | | | | |
| 45.  -Allergan | A | Int./Div. | K | T | | | | | |
| 46.  -America Movil SAB | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 47.  -American Express Co | B | Int./Div. | L | T | | | | | |
| 48.  -Amgen Inc | E | Int./Div. | | | Sell | 8/14 | L | E | |
| 49.  -Arch Coal | A | Int./Div. | K | T | | | | | |
| 50.  -WR Berkley Corp | | | | | Sell | 11/30 | L | | |
| 51.  -Biomet Inc. | D | Int./Div. | | | Sell | 3/1 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -BJ Services Co | | None | | | Sell | 3/1 | L | | |
| 53.   -CVS Caremark Rx Inc | | | | | Buy add'l | 8/17 | K | | |
| 54.   -CVS Caremark Rx Inc | A | Int./Div. | L | T | Part Sell | 10/4 | K | E | |
| 55.   -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 56.   -Constellation Brands | | None | | | Sell | 8/14 | K | | |
| 57.   -CSX Corp | D | Int./Div. | | | Sell | 8/14 | J | D | |
| 58.   -CVS Corp | A | Int./Div. | | | Exchange | 3/27 | J | A | for cash |
| 59.   -Embraer Empresa | | None | L | T | | | | | |
| 60.   -Genentech Inc | | None | K | T | Buy | 8/17 | K | | |
| 61.   -Genzyme Corp | | None | L | T | | | | | |
| 62.   -Google Inc | | None | K | T | Buy | 3/1 | J | | |
| 63.   -Home Depot Inc | A | Int./Div. | J | T | | | | | |
| 64.   -Honeywell Intl | B | Int./Div. | L | T | | | | | |
| 65.   -JP Morgan Chase | B | Int./Div. | L | T | | | | | |
| 66.   -Liz Claiborne Inc | | None | | | Sell | 11/30 | K | | |
| 67.   -McAfee Inc | B | Int./Div. | | | Sell | 3/1 | J | B | |
| 68.   -MEMC Electric | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -News Corp | A | Int./Div. | K | T | | | | | |
| 70. -Nokia Corp | E | Int./Div. | | | Sell | 10/4 | M | E | |
| 71. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |
| 72. -Starwood Hotels & Resorts | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 73. -Thermo Fisher Scientific | | None | K | T | Buy | 3/1 | K | | |
| 74. -Thomas & Betts | | None | K | T | Buy | 3/1 | K | | |
| 75. -Tiffany & Co. | A | Int./Div. | L | T | | | | | |
| 76. -Transocean Inc | | None | L | T | Part Sell | 11/27 | K | D | |
| 77. -URS Corp | | None | K | T | Buy | 8/17 | K | | |
| 78. -Webex Communications | | | | | Buy | 3/1 | K | | |
| 79. -Webex Communications | C | Int./Div. | | | Exchange | 6/28 | K | C | |
| 80. -Wellpoint Inc | | None | M | T | Buy add'l | 3/1 | K | | |
| 81. -Zimmer Holdings | | None | J | T | | | | | |
| 82. Real Estate: Ltd Partner, ▮▮▮▮▮ | A | Interest | K | W | | | | | |
| 83. % Stock Owner: Arch. firm, ▮▮▮▮ | E | Int./Div. | M | T | | | | | |
| 84. Note from ▮▮▮▮▮▮ | E | Interest | M | T | | | | | |
| 85. BJLAS, LLC (16% interest) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 401(k) RETIREMENT PLAN/TRUST: ▮ consisting of following: | | | | | | | | | |
| 87. -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 88. -GOVT SECURITIES: | | | | | | | | | |
| 89. -Federal Natl Mtg Assn | A | Interest | K | T | | | | | |
| 90. -Federal Home Ln Mtg Corp | C | Interest | K | T | | | | | |
| 91. -Federal Home Loan Bank | A | Interest | K | T | | | | | |
| 92. -US Treasury Note | B | Interest | M | T | Buy | 3/8 | M | | |
| 93. -US Treasury Note | B | Interest | L | T | Buy add'l | 8/15 | L | | |
| 94. -CORP BONDS: | | | | | | | | | |
| 95. -GTE California Inc | A | Interest | K | T | | | | | |
| 96. -Wells Fargo Bank NA | A | Interest | K | T | | | | | |
| 97. -Bank of America Corp | A | Interest | K | T | | | | | |
| 98. -STOCKS: | | | | | | | | | |
| 99. -AFLAC Inc | | | | | Partial Sell | 3/8 | J | A | |
| 100. -AFLAC Inc | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 101. -Baker Hughes | A | Int./Div. | K | T | Partial Sell | 3/8 | J | | |
| 102. -Bank of NY Co | | | | | Buy | 2/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Bank of NY Co | | | | | Partial Sell | 3/8 | K | | |
| 104. -Bank of NY Co | | | | | Exchange | 7/2 | J | | for Bank New York Mellon |
| 105. -Bank New York Mellon | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 106. -BP | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 107. -Citigroup Inc | C | Int./Div. | | | Sell | 1/30 | K | C | |
| 108. -ConocoPhillips | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 109. -Du Pont EI DeNemours | A | Int./Div. | K | T | Buy | 3/8 | K | | |
| 110. -Emerson Elec | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 111. -FPL Group Inc | B | Int./Div. | L | T | Partial Sell | 3/8 | J | B | |
| 112. -General Electric | | | | | Partial Sell | 3/8 | J | A | |
| 113. -General Electric | A | Int./Div. | | | Sell | 4/16 | J | A | |
| 114. -General Growth | | | | | Partial Sell | 3/8 | J | A | |
| 115. -General Growth | A | Int./Div. | | | Sell | 12/5 | J | | |
| 116. -General Mills | A | Int./Div. | K | T | Buy | 3/8 | K | | |
| 117. -Hershey Foods Corp | | None | | | Sell | 3/8 | K | | |
| 118. -Hewlett Packard | A | Int./Div. | | | Sell | 1/30 | J | A | |
| 119. -Honeywell Intl | A | Int./Div. | K | T | Buy | 4/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IBM | A | Int./Div. | K | T | Partial Sell | 3/8 | J | | |
| 121. -Ingersoll Rand Co Ltd | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 122. -JP Morgan Chase | | | | | Partial Sell | 3/8 | J | A | |
| 123. -JP Morgan Chase | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 124. -Johnson and Johnson | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 125. -Kellogg Co | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 126. -Microsoft Corp | | | | | Buy add'l | 1/30 | J | | |
| 127. -Microsoft Corp | A | Int./Div. | K | T | Partial Sell | 3//8 | J | A | |
| 128. -Nordstrom Inc | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 129. -Novartis ADR | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 130. -Nokia Corp | A | Dividend | K | T | Partial Sell | 3/8 | J | A | |
| 131. -Omnicom Group | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 132. -PepsiCo Inc | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 133. -PG&E | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 134. -Proctor Gamble | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 135. -Raytheon Co | B | Int./Div. | | | Sell | 3/8 | K | B | |
| 136. -Schlumberger Ltd | A | Int./Div. | K | T | Partial Sell | 3/8 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Torchmark Corp | | | | | Partial Sell | 3/8 | J | A | |
| 138. -Torchmark Corp | B | Int./Div. | | | Sell | 8/17 | K | B | |
| 139. -United Health Group Inc | D | Int./Div. | | | Sell | 3/8 | K | D | |
| 140. -United Techs Corp | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 141. -Vodafone Grp | A | Int./Div. | J | T | Partial Sell | 3/8 | J | A | |
| 142. -Waddell & Reed | A | Int./Div. | K | T | Buy | 8/17 | J | | |
| 143. -Wyeth | A | Int./Div. | K | T | Buy | 3/13 | K | | |
| 144. ▬▬▬▬-IRA ACCT (with following stocks) | | | | | | | | | |
| 145. -US Treasury Note | | None | | | Redeemed | 8/15 | J | | |
| 146. -Adobe Sys | | None | J | T | | | | | |
| 147. -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 148. -American Express Co | A | Int./Div. | J | T | | | | | |
| 149. -Amgen Inc | B | Int./Div. | | | Sell | 1/30 | J | B | |
| 150. -WR Berkley Corp | A | Int./Div. | J | T | | | | | |
| 151. -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 152. -Becton Dickinson Co | A | Int./Div. | J | T | Buy | 1/30 | J | | |
| 153. -Caremark Rx Inc | B | Int./Div. | | | Sell | 1/30 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Citigroup Inc | | None | | | Sell | 12/5 | J | | |
| 155. -Constellation Brands Inc | | None | | | Sell | 8/17 | J | | |
| 156. -CSX Corp | B | Int./Div. | | | Sell | 8/17 | K | B | |
| 157. -CVS Caremark Corp | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 158. -Embraer Empresa Bras | | None | J | T | | | | | |
| 159. -Genentech Inc | | None | J | T | | | | | |
| 160. -Google Inc | | None | J | T | Buy | 1/30 | J | | |
| 161. -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 162. -McAfee Inc | | None | | | Sell | 1/30 | J | | |
| 163. -MEMC Electr | | None | K | T | | | | | |
| 164. -Microchip Technology | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 165. -Molex Inc | | | | | Buy | 1/30 | J | | |
| 166. -Molex Inc | | None | | | Sell | 8/17 | J | | |
| 167. -News Corp | A | Int./Div. | J | T | | | | | |
| 168. -Nokia Corp | A | Int./Div. | J | T | | | | | |
| 169. -SAP AKGSLTT | H2 | Int./Div. | | | Sell | 1/30 | J | A | |
| 170. -Starwood Htls & Resorts PC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Stryker Corp | A | Int./Div. | J | T | | | | | |
| 172. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 173. -Thermo Fisher Scientific | | None | J | T | Buy | 1/30 | J | | |
| 174. -Thomas & Betts | | None | J | T | Buy | 1/30 | J | | |
| 175. -Transocean Inc | | None | J | T | Partial sell | 11/27 | J | B | |
| 176. -URS Corp | | None | J | T | Buy | 8/17 | J | | |
| 177. -Webex Communications | | | | | Buy | 1/30 | J | | |
| 178. -Webex Communications | B | Int./Div. | | | Exchange | 6/28 | J | B | for cash |
| 179. -Wellpoint Inc | | None | J | T | Buy | 1/30 | J | | |
| 180. -Zimmer Holdings Inc | | None | J | T | | | | | |
| 181. Real Estate: Ltd Partner, ███ | A | Rent | J | W | | | | | |
| 182. Real Estate: Ltd Partner, ███ | B | Rent | J | W | | | | | |
| 183. Real Estate: ███ (Parcel 3: WW) | | None | L | W | | | | | |
| 184. Real Estate: ███ (Parcel 2: WW) | | None | L | W | | | | | |
| 185. Real Estate: ███ (Parcel 4: WW) | | None | L | W | | | | | |
| 186. Real Estate: ███ (Parcel 3: WW) | | None | L | W | | | | | |
| 187. Real Estate: ███ (Parcel 2: WW) | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Undev. Real Estate: ███████ | | None | P1 | W | | | | | |
| 189. Real Estate: ███████ (Parcel 4: WW) | | None | L | W | | | | | |
| 190. Real Estate: ███████ (Parcel 3: WW) | | None | L | W | | | | | |
| 191. Real Estate: ███████ (Parcel 2: WW) | | None | L | W | | | | | |
| 192. Real Estate: ███████ (1/3 KP) | | None | M | W | | | | | |
| 193. Real Estate: ███████ (1/3 KP) | | None | M | W | | | | | |
| 194. Real Estate: ███████ (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| --- |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| HULL, FRANK M | U.S.CT OF APPEALS-11TH CIRCUIT | 05/09/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| --- | --- |
| U.S. Court of Appeals <br> 56 Forsyth Street, NW <br> Atlanta, GA 30303 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Guardian/Trustee/Custodian | Stock & Bond Accts ██████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2008 MAY 12 A 11: 55 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ████████ (architect's salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Construction Lawyers | Annual conference fees waived for Judge & Spouse | $ 990.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Undev. Real Estate: ███████ ██ | | None | M | W | | | | | |
| 2.  Real Estate: █████████ (Parcel 3: WW) | | None | L | W | | | | | |
| 3.  Real Estate: ███████ (Parcel 2: WW) | | None | L | W | | | | | |
| 4.  Real Estate: ██████ (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5.  Real Estate: ████████ Property (18% interest) | | None | L | W | | | | | |
| 6.  ███████████ IRA ACCT (with following stocks): | | | | | | | | | |
| 7.  -Adobe Sys Del | | None | J | T | | | | | |
| 8.  -Allergan | A | Int./Div. | J | T | | | | | |
| 9.  -American Express | A | Int./Div. | J | T | | | | | |
| 10.  -AmGen Inc | | | | | Sell | 2/26 | J | D | |
| 11.  -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 12.  -WR Berkley Corp | A | Int./Div. | J | T | | | | | |
| 13.  -Becton Dickinson Co | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 14.  -Caremark Rx Inc | | | | | Sell | 2/26 | J | C | |
| 15.  -Citigroup Inc. | | | | | Sell | 2/26 | J | A | |
| 16.  -Constellation Brands Inc | | | | | Sell | 8/17 | J | | |
| 17.  -CVS Caremark Corp | A | Int./Div. | J | T | Buy | 8/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -CSX Corp | | | | | Sell | 8/17 | J | C | |
| 19.   -Embraer Empresa Bras | | None | J | T | | | | | |
| 20.   -Genentech Inc | | None | J | T | | | | | |
| 21.    -Google Inc | | None | J | T | Buy | 3/1 | J | | |
| 22.   -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 23.   -McAfee Inc | | | | | Sell | 2/26 | J | A | |
| 24.    -MEMC Electr Matls | | None | K | T | | | | | |
| 25.    -Microchip Technology | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 26.    -Molex Inc | | | | | Buy | 3/1 | J | | |
| 27.    -Molex Inc | | | | | Sell | 8/17 | J | | |
| 28.   -News Corp | A | Int./Div. | J | T | | | | | |
| 29.   -Nokia Corp | A | Int./Div. | K | T | | | | | |
| 30.   -SAP AKGSLTT | | | | | Sell | 2/26 | J | A | |
| 31.    -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 32.    -Starwood Htls & Resorts | A | Int./Div. | J | T | | | | | |
| 33.   -Stryker Corp | A | Dividend | J | T | | | | | |
| 34.    -Thermo Fisher Scientific Inc | | None | J | T | Buy | 3/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Thomas & Betts | | None | J | T | Buy | 3/1 | J | | |
| 36. -Transocean Inc | B | Int./Div. | K | T | | | | | |
| 37. -URS Corp | | None | J | T | Buy | 8/17 | J | | |
| 38. -Webex Communications | | | | | Buy | 3/1 | J | | |
| 39. -Webex Communications | | | | | Exchange | 6/28 | J | A | |
| 40. -Wellpoint Inc | | None | J | T | Buy | 3/1 | J | | |
| 41. -Zimmer Holdings | | None | J | T | | | | | |
| 42. -US Treasury Note | | | | | Redeem | 8/15 | K | | |
| 43. ▇▇▇▇▇ ACCT #2 (with following stocks): | | | | | | | | | |
| 44. -Adobe Sys | | None | L | T | | | | | |
| 45. -Allergan | A | Int./Div. | K | T | | | | | |
| 46. -America Movil SAB | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 47. -American Express Co | B | Int./Div. | L | T | | | | | |
| 48. -Amgen Inc | | | | | Sell | 8/14 | L | E | |
| 49. -Arch Coal | A | Int./Div. | K | T | | | | | |
| 50. -WR Berkley Corp | | | | | Sell | 11/30 | L | | |
| 51. -Biomet Inc. | | | | | Sell | 3/1 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -BJ Services Co | | | | | Sell | 3/1 | L | | |
| 53.   -CVS Caremark Rx Inc | | | | | Buy add'l | 8/17 | K | | |
| 54.   -CVS Caremark Rx Inc | A | Int./Div. | L | T | Part Sell | 10/4 | K | E | |
| 55.   -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 56.   -Constellation Brands | | | | | Sell | 8/14 | K | | |
| 57.   -CSX Corp | | | | | Sell | 8/14 | J | D | |
| 58.   -CVS Corp | | | | | Exchange | 3/27 | J | A | for cash |
| 59.   -Embraer Empresa | | None | L | T | | | | | |
| 60.     -Genentech Inc | | None | K | T | Buy | 8/17 | K | | |
| 61.   -Genzyme Corp | | None | L | T | | | | | |
| 62.     -Google Inc | | None | K | T | Buy | 3/1 | J | | |
| 63.   -Home Depot Inc | A | Int./Div. | J | T | | | | | |
| 64.   -Honeywell Intl | B | Int./Div. | L | T | | | | | |
| 65.   -JP Morgan Chase | B | Int./Div. | L | T | | | | | |
| 66.   -Liz Claiborne Inc | | | | | Sell | 11/30 | K | | |
| 67.   -McAfee Inc | | | | | Sell | 3/1 | J | B | |
| 68.   -MEMC Electric | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -News Corp | A | Int./Div. | K | T | | | | | |
| 70. -Nokia Corp | | | | | Sell | 10/4 | M | E | |
| 71. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |
| 72. -Starwood Hotels & Resorts | A | Int./Div. | J | T | Buy | 3/1 | J | | |
| 73. -Thermo Fisher Scientific | | None | K | T | Buy | 3/1 | K | | |
| 74. -Thomas & Betts | | None | K | T | Buy | 3/1 | K | | |
| 75. -Tiffany & Co. | A | Int./Div. | L | T | | | | | |
| 76. -Transocean Inc | | None | L | T | Part Sell | 11/27 | K | D | |
| 77. -URS Corp | | None | K | T | Buy | 8/17 | K | | |
| 78. -Webex Communications | | | | | Buy | 3/1 | K | | |
| 79. -Webex Communications | | | | | Exchange | 6/28 | K | C | |
| 80. -Wellpoint Inc | | None | M | T | Buy add'l | 3/1 | K | | |
| 81. -Zimmer Holdings | | None | J | T | | | | | |
| 82. Real Estate: Ltd Partner, Pinewood Ltd, ▉▉▉▉ | A | Interest | K | W | | | | | |
| 83. % Stock Owner: Arch. firm, ▉▉▉▉ ▉▉▉▉ | E | Int./Div. | M | T | | | | | |
| 84. Note ▉▉▉▉▉▉ | E | Interest | M | T | | | | | |
| 85. BJLAS, LLC (16% interest) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 401(k) RETIREMENT PLAN/TRUST: consisting of following: | | | | | | | | | |
| 87. -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 88. -GOVT SECURITIES: | | | | | | | | | |
| 89. -Federal Natl Mtg Assn | A | Interest | K | T | | | | | |
| 90. -Federal Home Ln Mtg Corp | C | Interest | K | T | | | | | |
| 91. -Federal Home Loan Bank | A | Interest | K | T | | | | | |
| 92. -US Treasury Note | B | Interest | M | T | Buy | 3/8 | M | | |
| 93. -US Treasury Note | B | Interest | L | T | Buy add'l | 8/15 | L | | |
| 94. -CORP BONDS: | | | | | | | | | |
| 95. -GTE California Inc | A | Interest | K | T | | | | | |
| 96. -Wells Fargo Bank NA | A | Interest | K | T | | | | | |
| 97. -Bank of America Corp | A | Interest | K | T | | | | | |
| 98. -STOCKS: | | | | | | | | | |
| 99. -AFLAC Inc | | | | | Partial Sell | 3/8 | J | A | |
| 100. -AFLAC Inc | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 101. -Baker Hughes | A | Int./Div. | K | T | Partial Sell | 3/8 | J | | |
| 102. -Bank of NY Co | | | | | Buy | 2/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Bank of NY Co | | | | | Partial Sell | 3/8 | K | | |
| 104. -Bank of NY Co | | | | | Exchange | 7/2 | J | | for Bank New York Mellon |
| 105. -Bank New York Mellon | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 106. -BP | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 107. -Citigroup Inc | | | | | Sell | 1/30 | K | C | |
| 108. -ConocoPhillips | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 109. -Du Pont EI DeNemours | A | Int./Div. | K | T | Buy | 3/8 | K | | |
| 110. -Emerson Elec | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 111. -FPL Group Inc | B | Int./Div. | L | T | Partial Sell | 3/8 | J | B | |
| 112. -General Electric | | | | | Partial Sell | 3/8 | J | A | |
| 113. -General Electric | | | | | Sell | 4/16 | J | A | |
| 114. -General Growth | | | | | Partial Sell | 3/8 | J | A | |
| 115. -General Growth | | | | | Sell | 12/5 | J | | |
| 116. -General Mills | A | Int./Div. | K | T | Buy | 3/8 | K | | |
| 117. -Hershey Foods Corp | | | | | Sell | 3/8 | K | | |
| 118. -Hewlett Packard | | | | | Sell | 1/30 | J | A | |
| 119. -Honeywell Intl | A | Int./Div. | K | T | Buy | 4/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -IBM | A | Int./Div. | K | T | Partial Sell | 3/8 | J | | |
| 121.  -Ingersoll Rand Co Ltd | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 122.  -JP Morgan Chase | | | | | Partial Sell | 3/8 | J | A | |
| 123.  -JP Morgan Chase | A | Int./Div. | K | T | Buy add'l | 11/30 | J | | |
| 124.  -Johnson and Johnson | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 125.  -Kellogg Co | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 126.  -Microsoft Corp | | | | | Buy add'l | 1/30 | J | | |
| 127.  -Microsoft Corp | A | Int./Div. | K | T | Partial Sell | 3//8 | J | A | |
| 128.  -Nordstrom Inc | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 129.  -Novartis ADR | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 130.  -Nokia Corp | A | Dividend | K | T | Partial Sell | 3/8 | J | A | |
| 131.  -Omnicom Group | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 132.  -PepsiCo Inc | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 133.  -PG&E | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 134.  -Proctor Gamble | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 135.  -Raytheon Co | | | | | Sell | 3/8 | K | B | |
| 136.  -Schlumberger Ltd | A | Int./Div. | K | T | Partial Sell | 3/8 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Torchmark Corp | | | | | Partial Sell | 3/8 | J | A | |
| 138. -Torchmark Corp | | | | | Sell | 8/17 | K | B | |
| 139. -United Health Group Inc | | | | | Sell | 3/8 | K | D | |
| 140. -United Techs Corp | A | Int./Div. | K | T | Partial Sell | 3/8 | J | A | |
| 141. -Vodafone Grp | A | Int./Div. | J | T | Partial Sell | 3/8 | J | A | |
| 142. -Waddell & Reed | A | Int./Div. | K | T | Buy | 8/17 | J | | |
| 143. -Wyeth | A | Int./Div. | K | T | Buy | 3/13 | K | | |
| 144. ██████-IRA ACCT (with following stocks) | | | | | | | | | |
| 145. -US Treasury Note | | | | | Redeemed | 8/15 | J | | |
| 146. -Adobe Sys | | None | J | T | | | | | |
| 147. -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 148. -American Express Co | A | Int./Div. | J | T | | | | | |
| 149. -Amgen Inc | | | | | Sell | 1/30 | J | B | |
| 150. -WR Berkley Corp | A | Int./Div. | J | T | | | | | |
| 151. -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 152. -Becton Dickinson Co | A | Int./Div. | J | T | Buy | 1/30 | J | | |
| 153. -Caremark Rx Inc | | | | | Sell | 1/30 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Citigroup Inc | | | | | Sell | 12/5 | J | | |
| 155.  -Constellation Brands Inc | | | | | Sell | 8/17 | J | | |
| 156.  -CSX Corp | | | | | Sell | 8/17 | K | B | |
| 157.   -CVS Caremark Corp | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 158.  -Embraer Empresa Bras | | None | J | T | | | | | |
| 159.  -Genentech Inc | | None | J | T | | | | | |
| 160.   -Google Inc | | None | J | T | Buy | 1/30 | J | | |
| 161.  -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 162.  -McAfee Inc | | | | | Sell | 1/30 | J | | |
| 163.  -MEMC Electr | | None | K | T | | | | | |
| 164.   -Microchip Technology | A | Int./Div. | J | T | Buy | 8/17 | J | | |
| 165.   -Molex Inc | | | | | Buy | 1/30 | J | | |
| 166.   -Molex Inc | | | | | Sell | 8/17 | J | | |
| 167.  -News Corp | A | Int./Div. | J | T | | | | | |
| 168.  -Nokia Corp | A | Int./Div. | J | T | | | | | |
| 169.  -SAP AKGSLTT | | | | | Sell | 1/30 | J | A | |
| 170.  -Starwood Htls & Resorts PC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Stryker Corp | A | Int./Div. | J | T | | | | | |
| 172. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 173. -Thermo Fisher Scientific | | None | J | T | Buy | 1/30 | J | | |
| 174. -Thomas & Betts | | None | J | T | Buy | 1/30 | J | | |
| 175. -Transocean Inc | | None | J | T | Partial sell | 11/27 | J | B | |
| 176. -URS Corp | | None | J | T | Buy | 8/17 | J | | |
| 177. -Webex Communications | | | | | Buy | 1/30 | J | | |
| 178. -Webex Communications | | | | | Exchange | 6/28 | J | B | for cash |
| 179. -Wellpoint Inc | | None | J | T | Buy | 1/30 | J | | |
| 180. -Zimmer Holdings Inc | | None | J | T | | | | | |
| 181. Real Estate: Ltd Partner, ███████ | A | Rent | J | W | | | | | |
| 182. Real Estate: Ltd Partner, ███████ | B | Rent | J | W | | | | | |
| 183. Real Estate: ██████ (Parcel 3: WW) | | None | L | W | | | | | |
| 184. Real Estate: ██████ (Parcel 2: WW) | | None | L | W | | | | | |
| 185. Real Estate: ████████ (Parcel 4: WW) | | None | L | W | | | | | |
| 186. Real Estate: ████████ (Parcel 3: WW) | | None | L | W | | | | | |
| 187. Real Estate: ████████ (Parcel 2: WW) | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Undev. Real Estate: ████████ | | None | P1 | W | | | | | |
| 189.  Real Estate: ████████ (Parcel 4: WW) | | None | L | W | | | | | |
| 190.  Real Estate: ████████ (Parcel 3: WW) | | None | L | W | | | | | |
| 191.  Real Estate: ████████ (Parcel 2: WW) | | None | L | W | | | | | |
| 192.  Real Estate: ████████ (1/3 KP) | | None | M | W | | | | | |
| 193.  Real Estate: ████████ (1/3 KP) | | None | M | W | | | | | |
| 194.  Real Estate: ████████ (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/09/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544